This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40533

**U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as COLLATERAL TRUST TRUSTEE FOR FIRST KEY MASTER FUNDING 2021-A COLLATERAL TRUST,**

Plaintiff-Appellee,

v.

**FRANK C. RAMON, JULIE J. RAMON, and NEW MEXICO TAXATION & REVENUE DEPARTMENT,**

Defendants,

and

**REALTEK, INC.,**

Petitioner-Appellee,

v.

**ERI CAPITAL, INC.,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Bryan Biedscheid, District Court Judge**

Tiffany & Bosco, P.A.
Deborah A. Nesbitt
Albuquerque, NM

for Appellee U.S. Bank Trust National Association

Marrs Griebel Law, Ltd.
Clinton W. Marrs
Albuquerque, NM

for Appellee RealTek, Inc.

Jennings Haug Keleher McLeod, LLP
Benjamin F. Feuchter
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**SHAMMARA H. HENDERSON, Judge**